UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00006 |
| ) | JUDGE CAMPBELL |
| EDWARD SHANNON POLEN ) | |

## ORDER

Pending before the Court is Defendant's Motion to Briefly Continue Change of Plea Hearing (Docket No. 18). The Motion is GRANTED on the following terms.

The change of plea hearing currently scheduled for November 2, 2012, is CANCELLED. The parties can file a motion to reset the hearing if appropriate. The trial remains set for December 18, 2012, at 9:00 a.m. and the pretrial conference and/or change of plea hearing remains scheduled for December 10, 2012, at 1:00 p.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE