UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00006 |
| | ) | JUDGE CAMPBELL |
| EDWARD SHANNON POLEN | ) | |

<u>ORDER</u>

Pending before the Court is a Motion to Reschedule Hearing on Protective Order Regarding Discovery (Docket No. 42). The Motion is GRANTED.

The hearing on the Motion for Protective Order Regarding Discovery (Docket No. 37) currently scheduled for August 8, 2013, is RESCHEDULED for August 14, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE